# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3486
_____

TROY GILBERT,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

March 29, 2018


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., WOLF, and RAY, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Troy Gilbert, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.